**Michael SNOWDEN, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 2012–3153.

United States Court of Appeals, Federal Circuit.

April 8, 2013.

David A. Branch, Law Office of David A. Branch & Associates, PLLC, of Washington, DC, argued for petitioner.

Michelle Milberg, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

RADER, Chief Judge, LOURIE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**